1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**CHARITY E. HUEY,** as an individual and
on behalf of all others similarly situated,

    *Plaintiff,*

*vs.*

**GENERAL MILLS, INC.,** a Delaware
corporation.

    *Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action: 2:09-cv-01368-FCD-GGH

**ORDER ON REQUEST FOR A STAY OF
PROCEEDINGS PENDING A TRANSFER
DECISION BY THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION (OR TO
EXTEND THE TIME TO RESPOND TO
INITIAL COMPLAINT BY NOT MORE
THAN 30 DAYS (L.R. 6-144(a)))**

*Class Action*
*Jury Trial Requested*

    **HAVING REVIEWED** the Joint Stipulation Requesting a Stay of Proceedings
Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation (or to
Extend the Time to Respond to Initial Complaint by Not More than 30 Days (L.R. 6-
144(a))), and good cause appearing,

    **IT IS HEREBY ORDERED THAT:**

    The above-captioned action shall be stayed pending the decision by the Judicial
Panel on Multidistrict Litigation on the pending petition and motion seeking to transfer
this action and four other similar suits against Defendant General Mills, Inc. to a single
forum for consolidated pre-trial proceedings. If transfer and coordination are denied by

the Panel, Defendant shall file its response to the Complaint in this case within ten (10) days after that denial order is entered, and the status conference report presently set to be filed on or before November 24, 2009 shall be filed no later than 60 days after entry of the order denying transfer and coordination.

**IT IS SO ORDERED:**

Dated: October 2, 2009

_____
**FRANK C. DAMRELL, JR.**
**UNITED STATES DISTRICT JUDGE**